**UNITED STATES of America,**
**Appellee,**

v.

**Gilbert Peyton ASHWORTH, Appellant.**

**No. 14875.**

United States Court of Appeals,
Fourth Circuit.

Nov. 3, 1970.

John M. McCarthy, Richmond, Va. (Court-appointed counsel) on the brief for appellant.

Rodney Sager, Asst. U. S. Atty., for appellee.

Before HAYNSWORTH, Chief Judge, and CRAVEN and BUTZNER, Circuit Judges.

PER CURIAM:

Gilbert Peyton Ashworth pleaded guilty to two counts of a four count in-

dictment, those charging possession of a stolen United States check in violation of 18 U.S.C. § 641, and possessing property stolen from a bank in violation of 18 U.S.C. § 2113.

We have carefully reviewed the record and the appellant's brief, and deeming oral argument unnecessary, we affirm the conviction.

Affirmed.